UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TYLER MILLS, | ) |
| | ) CASE NO. C04-2342-RSL-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER DENYING PLAINTIFF'S |
| RON SIMS, et al., | ) MOTIONS FOR INJUNCTIVE |
| | ) RELIEF AND FOR CLASS |
| Defendants. | ) CERTIFICATION |
| | ) |

The Court, having reviewed plaintiff's amended and supplemental complaint, plaintiff's motions for preliminary injunctive relief and for class certification, the Report and Recommendation of Judge Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's motion for preliminary injunctive relief (Dkt. # 16) is DENIED.

(3) Plaintiff's motion for class certification (Dkt. # 15) is DENIED.

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Theiler.

DATED this 26th day of April, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge