UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TYLER MILLS, ) | CASE NO. C04-2342-RSL-MAT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER RE: DEFENDANTS' |
| ) | MOTIONS TO ENLARGE TIME TO |
| RON SIMS, et al., ) | FILE DISPOSITIVE MOTIONS |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter comes before the Court on defendants' two motions to enlarge time to file dispositive motions. The Court, having considered defendants' motions, and the balance of the record, does hereby find and ORDER as follows:

(1) Defendants' motion to enlarge time to file dispositive motions to November 10, 2005 (Dkt. No. 58) is GRANTED.

(2) Defendants' motion to enlarge time to file dispositive motions to October 7, 2005 (Dkt. No. 56) is STRICKEN as moot.

(3) The joint pretrial statement deadline of November 1, 2005 is STRICKEN and will be re-set, if necessary, at a later date.

ORDER RE: DEFENDANTS' MOTIONS TO
ENLARGE TIME TO FILE DISPOSITIVE MOTIONS
PAGE -1

(4)     The Clerk is directed to send a copy of this Order to plaintiff, to counsel for defendants, and to the Honorable Robert S. Lasnik.

DATED this  20th  day of  October , 2005.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER RE: DEFENDANTS' MOTIONS TO
ENLARGE TIME TO FILE DISPOSITIVE MOTIONS
PAGE -2