UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| TYLER MILLS, | ) | CASE NO. C04-2342-RSL-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO SHOW CAUSE WHY |
| | ) | SUMMARY JUDGMENT SHOULD |
| RON SIMS, et al., | ) | NOT BE GRANTED |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court, having considered the § 1983 complaint and the files and records herein, does hereby find and ORDER:

(1) Defendants filed a motion for summary judgment which was noted on the Court's calendar for consideration on December 9, 2005. Plaintiff failed to respond to the motion.

(2) Plaintiff shall show cause within *thirty (30) days* explaining why defendants' motion for summary judgment should not be granted and why this action should not be DISMISSED, with prejudice, pursuant to Federal Rule of Civil Procedure 56 and Local Rule CR 7(b)(2).

Plaintiff is advised, pursuant to *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998), and

ORDER TO SHOW CAUSE WHY SUMMARY
JUDGMENT SHOULD NOT BE GRANTED
PAGE -1

Federal Rule of Civil Procedure 56, that he has a right to file counter-affidavits or other responsive evidentiary materials in opposition to defendants' motion for summary judgment and that his failure to file such materials may result in the entry of summary judgment against him. If the motion for summary judgment is granted, plaintiff is advised that his case will be over. Thus, if plaintiff fails to file opposing counter-affidavits or other evidence, defendants' evidence might be taken as truth, and final judgment may be entered against plaintiff **without a trial**.

(3) Defendants' motion for summary judgment (Dkt. No. 61) is RE-NOTED on the Court's calendar for consideration on *January 27, 2006*.

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Robert S. Lasnik.

DATED this  22nd  day of  December , 2005.

Mary Alice Theiler
United States Magistrate Judge