UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| TYLER MILLS, | ) | CASE NO. C04-2342RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING DEFENDANTS' |
| | ) | MOTION FOR SUMMARY |
| RON SIMS, et al., | ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court, having reviewed plaintiff's amended and supplemental complaint, defendants' motion for summary judgment, the Report and Recommendation of Judge Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' motion for summary judgment (Dkt. No. 61) is GRANTED;

(3) Plaintiff's amended and supplemental complaint (Dkt. No. 12), and this action, are DISMISSED with prejudice.

/ / /

/ / /

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
PAGE -1

(4)  The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Theiler.

DATED this 17th day of July, 2006.

*[signature: MRS Lasnik]*

Robert S. Lasnik,
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
PAGE -2